Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States District Court
Southern District of Texas
**ENTERED**
July 17, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| vs. | § § § | Criminal No. SEALED  **4:24-cr-371** |
| **CURTIS HOLLIDAY** | § § | |
| Defendant. | § § § | |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A Criminal Indictment has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>
**CURTIS HOLLIDAY**
701 N. San Jacinto Street, , Houston, Texas 77002

☑ DETENTION
☐ RELEASE ON CONDITION
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas,                July 16, 2024

_____
UNITED STATES MAGISTRATE JUDGE