Case 4:24-cr-00371   Document 65   Filed on 07/16/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 18, 2024
Nathan Ochsner, Clerk

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § vs. § § GERALD WILLIAMS, JR. § § Defendant. § § § | Criminal No. 4:24-cr-371 SEALED |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A Criminal Indictment has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>
**GERALD WILLIAMS, JR.**
815 12th Street, Huntsville, Texas 77348

☑ DETENTION
☐ RELEASE ON CONDITION
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas,    July 16, 2024

_____
UNITED STATES MAGISTRATE JUDGE