Case 4:24-cr-00371   Document 111   Filed on 07/16/24 in TXSD   Page 1 of 2

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
**FILED**
*July 16, 2024*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** § § § | | |
| vs. § § § | **Criminal No. SEALED** | **4:24-cr-371** |
| **DONTE WATSON** § § § | | |
| **Defendant.** § | | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Alamdar S. Hamdani, United States Attorney in and for the Southern District of Texas, petitioner herein, and shows to the Court that **DONTE WATSON,** ▇▇▇▇▇▇▇, **SPN: Unknown,** duly committed to the Warden of Texas Department of Criminal Justice, 815 12th Street, Huntsville, Texas 77378, is a defendant in the above-captioned case which will be called for the purpose of an initial appearance in the United States District Court for the Southern District of Texas, Houston Division, on the 24th day of July, 2024, at 2:00 P.M., in Houston, Texas.

Petitioner where he now stands duly committed by law further represents that the Warden of TDCJ, will release the defendant into the custody of the United States Marshal for the Southern District of Texas or any other authorized United States Marshal, upon this Writ, with the agreement and understanding that after the federal proceedings necessitated by the cause, he is to be returned by the said United States Marshal into the custody of the Warden of TDCJ, where he now stands duly committed by law.

WHEREFORE, petitioner prays the Court to issue a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal for the Southern District of Texas, or any other authorized United States Marshal, to produce the body of the said defendant before this

Court on the  24th   day of  July            , 2024, so that he may be present in this cause at that time.

                         Respectfully submitted,

                         ALAMDAR S. HAMDANI
                         United States Attorney

By: *Michael Day*
     MICHAEL E. DAY
     Assistant United States Attorney
     1000 Louisiana, Suite 2300
     Houston, Texas 77002
     (713) 567-9000 Phone
     (713) 718-3300 Fax