Sealed
Public and unofficial staff access to this instrument are prohibited by court order

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| vs. § § | **Criminal No.** |
| **DONTE WATSON** § § | **SEALED** |
| **Defendant.** § | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: Warden, Texas Department of Criminal Justice, 815 12th Street, Huntsville, Texas 77378

TO: United States Marshal, Southern District of Texas or any other duly authorized United States Marshal

GREETINGS:

We command that you have **DONTE WATSON,** ▬▬▬▬▬▬▬ **SPN: Unknown,** now duly committed to the custody of the Warden of TDCJ, under safe and secure conduct before the United States District Court for the Southern District of Texas, Houston Division, at 515 Rusk Avenue, Houston, Texas, on the 24th day of July 2024, at 2:00 P.M., there and at that time to appear for an initial appearance and any other necessary appearances in the above-styled and numbered case now pending against him in said Court, and after all proceedings have been disposed of, that you return him to the Warden of TDCJ, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable United States Magistrate for the Southern District of Texas, and the seal of said Court in the City of Houston, Texas, on this 16th day of July 2024.

_____
UNITED STATES MAGISTRATE JUDGE