Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED
*July 24, 2024*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| vs. § | Criminal No.   **4:24-cr-371** |
| § | |
| **EUGENE WALKER** § | |
| § | |
| Defendant. § | |

### APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Alamdar S. Hamdani, United States Attorney in and for the Southern District of Texas, petitioner herein, and shows to the Court that **EUGENE WALKER, DOB:10/03/1991, TDCJ: 02500267,** duly committed to the Warden of Joe Kegan Intermediate Sanction Facility, 707 Top Street, Houston, Texas 77002, is a defendant in the above-captioned case which will be called for the purpose of an initial appearance in the United States District Court for the Southern District of Texas, Houston Division, on the 31st day of July, 2024, at 2:00 P.M., in Houston, Texas.

Petitioner where he now stands duly committed by law further represents that the Warden of TDCJ, will release the defendant into the custody of the United States Marshal for the Southern District of Texas or any other authorized United States Marshal, upon this Writ, with the agreement and understanding that after the federal proceedings necessitated by the cause, he is to be returned by the said United States Marshal into the custody of the Warden of TDCJ, where he now stands duly committed by law.

WHEREFORE, petitioner prays the Court to issue a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal for the Southern District of Texas, or any other authorized United States Marshal, to produce the body of the said defendant before this Court on the 31st day of July, 2024, so that he may be present in this cause at that time.

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney

By: *Michael Day*
MICHAEL E. DAY
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, Texas 77002
(713) 567-9000 Phone
(713) 718-3300 Fax