Case 4:24-cr-00371    Document 391    Filed on 07/31/24 in TXSD    Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 31, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:24-CR-00371-022 |
| | § | |
| Xavier Francis | § | |

## ORDER OF DETENTION PENDING TRIAL

A hearing in this matter was held on July 31, 2024. Assistant United States Attorney Michael Day appeared on behalf of the United States. Attorney Catherine Evans appeared on behalf of Xavier Francis. At the hearing, Defendant acknowledged that he understands his right to a prompt detention hearing and to require the Government to meet its burden of proving that no conditions of release exist which will reasonably assure his appearance in court and the safety of the community. Defendant knowingly and voluntarily waived that right, on the record and through counsel. For good cause shown, Defendant's request to waive the detention hearing is hereby **GRANTED**. Defendant has expressly reserved the right, consistent with 18 U.S.C. § 3142(f)(2)(B) to move to reopen the issue of detention by demonstrating that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community.

It is therefore **ORDERED** that:

1. Defendant will be detained pending trial;

2. Defendant be committed to the custody of the Attorney General or a designated

representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal;

3. Defendant be afforded a reasonable opportunity to consult privately with defense counsel; and

4. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility deliver Defendant to the United States Marshal for a court appearance or any other appearance stipulated to by defense counsel and counsel for the United States.

Signed on July 31, 2024, at Houston, Texas.

*Christina A. Bryan*
Christina A. Bryan
United States Magistrate Judge