IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA §
§
§
vs. § CRIMINAL NO. 4: 24-CR-371
§
Gerald Williams, Jr. §
§

## WAIVER OF DETENTION HEARING

Defendant, after being advised of his right to a detention hearing, including the right to proffer testimony, present evidence, call witnesses, cross-examine the government's witnesses and assert reasons why defendant should not be detained, hereby elects to waive this right.

Defendant also consents to this court relying on the information contained in the indictment or complaint and the pretrial service report in making its determination as to whether defendant shall be detained or released on bond.

SIGNED: Aug 14, 2024, at Houston, Texas.

_____
Defendant

_____
Counsel for Defendant
Edna H. Dinsdale