UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | 4:24-cr-000371-5 |
| | § | |
| ANTHONY PERKINS | § | |
| | § | |
| | § | |

## ORDER OF DETENTION PENDING TRIAL

A hearing in this matter was held on August 22, 2024. Assistant United States Attorney Michael Day appeared on behalf of the United States; Anuj Shah appeared on behalf of Defendant Perkins. At the hearing, Defendant acknowledged that he understands his right to a prompt detention hearing and to require the Government to meet its burden of proving that no conditions of release exist which will reasonably assure his appearance in court and the safety of the community. Defendant knowingly and voluntarily waived that right, on the record and through counsel. For good cause shown, Defendant's request to waive the detention hearing is hereby **GRANTED**.

It is therefore **ORDERED** that:

(1) Defendant be detained pending trial;

(2) Defendant be committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility

separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal.

(3) Defendant be afforded a reasonable opportunity to consult privately with counsel for his defense; and

(4) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility deliver Defendant to the United States marshal for a court appearance.

Signed on August 22, 2024, at Houston, Texas.

Yvonne Y. Ho
United States Magistrate Judge