**THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CRIMINAL NO. 4:24-cr-371-53** |
| **VS.** | § | |
| | § | **JUDGE LEE H. ROSENTHAL** |
| **SHEBA MUHARIB** | § | |

**DEFENDANT'S MOTION TO DISMISS COUNT 48 FOR
FAILURE TO STATE AN OFFENSE**

TO THE HONORABLE LEE H. ROSENTHAL:

The defendant, Sheba Muharib, moves the Court to dismiss count 48 of the indictment for failure to state an offense and would show the Court as follows:

Count 48 charges Sheba Muharib with Crimes by or affecting persons engaged in the business of insurance. However, the indictment is legally insufficient as it does not allege how Sheba Muharib's conduct was "willful." This would require an allegation of Ms. Muharib's knowledge of the wrongfulness of the conduct of hiring co-defendant Oscar Wattell, who was not engaged in the business of insurance. Further, the manner in which the count is pled is unclear as it does not track the statute.

A criminal defendant may move to dismiss an indictment based on a "defect," including "failure to state an offense." Fed. R. Crim. P. 12(b)(3)(B)(v). Additionally, "an indictment must state each element of the charged crime and allege that the defendant's conduct met each of those elements." *United States v. Suarez*, 966 F.3d 376, 382 (5th Cir. 2020).

Sheba Muharib moves that Count 48 be dismissed.

1

Respectfully submitted,


By: */s/ Leira Moreno Gracia*
     Southern District of Texas No. 1066057
     Texas State Bar No. 24065791
     4306 Yoakum, Ste. 240
     Houston, Texas 77006
     Tel: 346.340.4306

**ATTORNEY FOR DEFENDANT**


## CERTIFICATE OF SERVICE


I certify that a true and correct copy of the foregoing motion was delivered to all counsel of record via ECF on February 5, 2025.

*/s/ Leira Moreno Gracia*

2