# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNTED STATES OF AMERICA** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | 4:24-CR-00371 |
| | § | |
| **TIERRA CELESTINE** | § | |
| *Defendant* | § | |

## MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS

*TO THE HONORABLE LEE ROSENTHAL:*

Defendant TIERRA CELESTINE in the above-numbered and styled action, who makes and files this Motion for Leave to File Additional Motions, and in support thereof would respectfully show the Court the following:

1. The filing deadline for filing pretrial motions was set by the Court February 5, 2025.

2. Counsel has been diligently working on this matter. Most of the defendant's motions have been prepared.

3. Counsel is still conducting discovery with the government and the need for additional motions may arise with the discovery of this material.

4. Defendant's request for leave to file motions is not made for the purposes of delay, but rather so that justice may be served.

Therefore, Defendant prays that the Court grant the Motion For Leave to File Additional Motions.

          Respectfully submitted,

          _____
          Joseph F. Vinas
          State Bar of Texas 24037649
          1210 W. Clay Street, Suite 12
          Houston, Texas 77019
          (713) 229-9992
          (713) 229-9996 (Fax)

          Attorney for Defendant,
          TIERRA CELESTINE

## **CERTIFICATE OF SERVICE**

A copy of this pleading was served on the Assistant U.S. Attorney via e-mail on February 5, 2025.

_____
Joseph F. Vinas
State Bar of Texas 24037649
1210 W. Clay Street, Suite 12
Houston, Texas 77019
(713) 229-9992
(713) 229-9996 (Fax)

Attorney for Defendant,
TIERRA CELESTINE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNTED STATES OF AMERICA** § | | |
| *Plaintiff* § | | |
| § | | |
| **v.** § | | 4:24-CR-00371 |
| § | | |
| **TIERRA CELESTINE** § | | |
| *Defendant* § | | |

ORDER ON DEFENDANT'S MOTION FOR LEAVE TO FILE
ADDITIONAL MOTIONS

The defendant's motion for leave to file additional motions is:

Granted.

Denied, to which Defendant Excepts.

Signed on _____, 2025.

_____
United States District Judge