**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

UNITED STATES OF AMERICA

v.   Case Number: 4:24−cr−00371

Oscar Wattell

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 3/20/2025

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Motion Hearing

Date:   March 5, 2025

Nathan Ochsner, Clerk