IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | 4:24-CR-0371 – (34)-S |
| PATRICK BROWN | § § | |

## SUPPLEMENTAL MOTION TO DISMISS COUNT 29

TO THE HONORABLE LEE H. ROSENTHAL, U.S. DISTRICT JUDGE:

COMES NOW, Patrick Brown, by and through his attorney of record, Gus A. Saper, and files this Supplemental Motion to Dismiss Count 29:

1. The defendant is charged in Count 29 of a 48-count indictment. It is alleged that he conspired with six others to commit the offense of wire fraud in violation of 18 USCA §1349 & §1343. Count 29 alleges that the pertinent dates of the conspiracy are between August 2021 and January 2022. The indictment also alleges that the defendant was "…detained at the Harris County jail" during that period.

2. On November 20, 2024, defendant number ten (10), Eugene Walker, through his attorney, Joshua Lake, filed his Motion to Dismiss Counts 1 and 6. Count 1 alleges a conspiracy violating 18 USCA §1349 & §1343. Count 29 is similar to Count 1 in that it suffers the same defects described in defendant, Eugene Walker's motion to dismiss.

3. Mr. Walker's counsel has since filed two responses to the government's response to Walker's Motion to Dismiss. (Docket #736 and #1061) Counsel for Patrick Brown wishes to adopt those two responses in addition to the original Motion to Dismiss.

Wherefore, premises considered, the defendant, Patrick Brown, prays that he be allowed to adopt the legal reasoning in defendant Walker's motions and responses, in so far as they apply to his case, and that the court enter an order dismissing Count 29.

Respectfully submitted,

/S/ Gus A. Saper
Gus A. Saper
Mallett & Saper L.L.P.
5300 Memorial Dr. Suite 750
Houston, Texas 77007
Tel: (713) 236-1900
State Bar No. 17646500
Federal ID Number: 3455
gsaper@mgscounsel.com
Attorney for PATRICK BROWN

### CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of May 2025, I electronically filed the preceding Motion with the Clerk of the Court using the CM/ECF system and it will serve the motion on all parties.

/S/ Gus A. Saper
Gus A. Saper