United States District Court
Southern District of Texas

**ENTERED**
July 30, 2025
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:24–cr–00371 |
| | § | |
| Aaliyah Thomas | § | |

# Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty, a presentence report is ordered.

1. By **September 3, 2025**, the initial presentence report must be disclosed to counsel *(about 35 days after determination of guilt)*.

2. By **September 17, 2025**, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection *(14 days after disclosure)*.

3. By **October 1, 2025**, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues *(14 days after disclosure)*.

4. Sentencing is set for **Wednesday, October 8, 2025 at 09:30 AM** *(no sooner than 35 days from initial disclosure)*.

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. A defendant who is on bond must go immediately—with a copy of this order—to:

**United States Probation**
**Room 2301, 515 Rusk Avenue, Houston**
**Telephone: (713) 250–5266**

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed July 30, 2025.

Christina A. Bryan
United States Magistrate Judge