UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| United States of America, § | |
|     Plaintiff, § | |
| § | |
| v. § | Case No. H-24-CR-00371-12 |
| § | |
| Kamishilia Mathis, § | |
|     Defendant. § | |

## ORDER REVOKING BOND

On August 11, 2025, the Defendant appeared with counsel on the Petition for Action on Conditions of Pretrial Release, ECF No. 1097. After hearing arguments of the Assistant United States Attorney, the Pretrial Officer, and the Defendant, the Court revoked the Defendant's pretrial release based on the following findings of fact:

- The Court has been presented with clear, convincing and undisputed evidence of multiple drug use violations as set forth in multiple Petitions for Action on Conditions of Pretrial Release (ECF 685, ECF 816, ECF 856, and ECF 1097);

- Based on Ms. Mathis' repeated failures to comply with the conditions of her release, the Court finds Ms. Mathis is unlikely to comply with any combination of conditions of release imposed by this Court.

Title 18 U.S.C. § 3148 sets forth the standard for revocation of pretrial release. Pursuant to 18 U.S.C. § 3148(b)(1-2), a judicial officer *shall* revoke a defendant's pretrial release if, after a hearing, the judicial officer finds (1) probable cause to believe that a person has committed a federal, state, or local crime while on release; or clear and convincing evidence that the person has violated any other condition of release; and (2) that the person is unlikely to abide by any condition or combination of conditions of release. Both of the findings pursuant to which the Court *shall* invoke pretrial release are present in this case. Therefore, the Court revokes Ms. Mathis' pretrial release pursuant to Tile 18 U.S.C. § 3148(b). Defendant is remanded to the custody of the U.S. Marshal pending trial.

Signed on August 11, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge