PS-8
(Rev. 11/23)

United States District Court
Southern District of Texas
**ENTERED**
August 28, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
for the
Southern District of Texas
Houston Division

U.S.A. vs. Oscar Wattell                                    Docket No. 4:24CR00371-002

### Petition for Action on Conditions of Pretrial Release

**PRETRIAL SERVICES** reports on Oscar Wattell, who was placed on pretrial supervision by the Honorable Richard W. Bennett, at Houston, Texas, on March 20, 2025, under conditions of release including:

(1) The defendant must not violate any federal, state or local law while on release.

(7)(g) Avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution.

Bench Trial reset for September 29, 2025, at 09:00 AM in Courtroom 11B before Judge Lee H Rosenthal. Final pretrial conference for jury trial set for October 10, 2025, at 10:00 a.m. Jury trial set for November 10, 2025, at 9:00 a.m.

### PREVIOUS COURT ACTION:

June 12, 2025: The Court modified conditions of release to remove the home detention component and add stand-alone monitoring.

### PRETRIAL SERVICES PETITIONS COURT TO ACT FOR THIS CAUSE:

On August 26, 2025, the United States Probation Office was informed that on August 12, 2025, outside the Bob Casey United States Courthouse, Oscar Wattell threatened to hurt several codefendants if they spoke about his involvement in the pending federal case. Specifically, Mr. Wattell informed the following codefendants: Mary Brown (1), Derrick Washington (27), Dralanjala Johnson (28), and Destynee Washington (28), that their "families will need to plan a balloon release" if their names were on his paperwork.

A Deputy United States Marshal was witness to part of the events that occurred on that date. There is courthouse video showing part of the altercation which shows Mr. Wattell driving his vehicle out of the underground garage, next to the courthouse, and engaging the group of codefendants and an unknown woman in front of the courthouse before the altercation goes off camera. According to the Deputy United States Marshal, the group appeared to be shaken up and in fear of Mr. Wattell and his threats.

This incident has been referred to the Federal Bureau of Investigations for possible criminal charges and remains under investigation.

### PRAYING THAT THE COURT WILL ORDER:

The issuance of a WARRANT so the defendant can be brought before the Court to show why his release should not be revoked.

RE: Oscar Wattell
Dkt. No.: 4:24CR00371-002
Page 2

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed on: August 27, 2025

Respectfully,

_____    _____
Christian Noe                                              Susan Calder
United States Probation Officer                 Supervising U.S. Probation Officer
Place:   Houston

RE: Oscar Wattell
Dkt. No.: 4:24CR00371-002
Page 3

THE COURT ORDERS

☐ No Action.

☐ The Court adopts the recommendation.

☒ The issuance of a warrant, and no bond be set.

☐ The defendant be summoned to appear before the United States Magistrate Judge, Houston, Texas, on the date and time set forth on the attached Summons for an initial appearance in order to initiate Pretrial Release Revocation proceedings before the United States District Court, 7th floor, 515 Rusk St. Houston, Texas, to show cause why his/her initial bond should not be revoked

☐ The issuance of a warrant, and a bond of $_____ cash/surety with supervision as directed by the Probation Officer as a condition of said bond.

☐ Other:

ORDER OF COURT

Considered and ordered this __28th__ day of __August__, __2025__ and ordered filed and made a part of the records in the above case.

_____
Richard W. Bennett
United States Magistrate Judge