United States District Court
Southern District of Texas
**ENTERED**
September 15, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:24-cr-371-S-11 |
| | § | |
| DONTE WATSON, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING GUILTY PLEA AND FINDING OF GUILT

The United States Magistrate Judge submitted his Report and Recommendation that this court accept the <u>conditional</u> guilty[1] plea of Defendant Donte Watson ("Defendant"), and find him guilty of Count One of the Superseding Indictment, charging him with conspiracy to commit wire fraud, in violation of Title 18 U.S.C. §§ 1349 and 1343.  No objections have been filed to his Report and Recommendation.

After the *de novo* review required under 28 U.S.C. § 636(b)(1)(C), this court finds that the record and law support the Magistrate Judge's Report and Recommendation.  The court accepts the Report and Recommendation.

---

[1] Defendant's plea agreement is offered under Federal Rules of Criminal Procedure 11(a)(2) and Rule 11(c)(1)(A) and (B).  Defendant makes this conditional plea, reserving the right to have an appellate court review the Court's Order denying Defendant's Motion to Dismiss (ECF No. 1104).  Should the Defendant prevail on appeal, he has reserved the right to withdraw his plea.

Accordingly, this court finds that Defendant is fully competent and capable of entering an informed plea, that he is aware of the nature of the charge made against him and the consequences of his plea, and his guilty plea is knowing and voluntary. Further, this court finds his guilty plea is supported by an independent basis in fact, containing each of the essential elements of the charged offense.

Thus, Defendant is **GUILTY** of the offense of conspiracy to commit wire fraud, in violation of Title 18 U.S.C. §§ 1349 and 1343, as charged in Count One of the Superseding Indictment.

SIGNED at Houston, Texas on this 15th day of September, 2025.

_____
Lee H. Rosenthal
Senior United States District Judge