UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | Criminal No. 24-cr-371-S |
|---|---|---|
| | § | |
| v. | § | |
| | § | |
| KATHERINE O'BRIEN (54) | § | |

**DEFENSE EXHIBIT LIST**

| NO. | DESCRIPTION | OFF'D | OBJ | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| | **General** | | | | |
| 1 | State's Extraneous Offense Notice | | | | |
| 2 | Burros Indictment VOP | | | | |
| 3 | Burros Indictment VOP w/ Attachment | | | | |
| 4 | Burros Order for Pretrial Supervision and Bond Conditions | | | | |
| 5 | State's Expert Witness Notice | | | | |
| 6 | Burros' Dismissal Due to Conviction | | | | |
| 7 | State's Motion for Bond Conditions | | | | |
| 8 | Subpoena under FIP for SANE records | | | | |
| 9 | Burros Indictment Promotion of Prostitution | | | | |
| 10 | Burros Judgement Promotion of Prostitution | | | | |
| 11 | Motion for Sufficient Bail - Burros | | | | |
| 12 | Burros Jail Call with Christopher Colwell 04/06/2021 | | | | |
| 12a | Transcript – Jail Call with Christopher Colwell 04/06/2021 | | | | |
| 13 | Burros Jail Call with Matthew Burros 03/23/2021 | | | | |

| 13a | Transcript – Jail Call with Matthew Burros 03/23/2021 | | | | |
|-----|-------------------------------------------------------|---|---|---|---|
| 14  | Burros Jail Call with Tonja Booker 09/29/2020         | | | | |
| 14a | Transcript – Jail Call with Tonja Booker 09/29/2020   | | | | |