# **EXHIBIT 13**

Case 4:24-cr-00371     Document 1327-1     Filed on 09/19/25 in TXSD     Page 1 of 13

## Jail Call to Matthew Burros from Roemello Burros
*03/23/2021*

**Automation (00:00):**
Hello, this is a collect call from

**Roemello Burros (00:02):**
Rome,

**Automation (00:02):**
An inmate at Harris County Jail. The Harris County Sheriff's Office will not call you, collect or request you to dial star 72. Be aware of a star 72 scam where you will be requested to hang up and dial star 72 or star 1 1 7 2. This feature will forward your telephone to a third party and you'll be responsible for the charges. Do not dial star 72 to pay for just this call using your credit or debit card, please press one. To decline the, this call will cost 18 cents per minute plus any applicable federal, state, and local taxes. You will only be charged the per minute rate for the amount of time you are on the phone. If you do not wanna connect this call but would like to fund an account to pay for future calls, please hang up and dial 8 0 0 8 4 4 6 5 9 1. Or for faster service you can set up an account@securustech.net or by downloading the Securus mobile app on your smartphone. Please hold while the person you are calling is entering information. To pay for this call. Please hold while the person you are calling is entering information. To pay for this call, press hold while the person you are calling is entering information. To pay for this call, please hold while the person you are calling is entering information to pay for this call. This call is subject to recording and monitoring. To continue, press one To dis Thank you for using Securus. You may start the conversation now.

**Matthew Burros (02:52):**
Hello?

**Roemello Burros (02:55):**
Hey, whats up

**Matthew Burros (02:55):**
What's going on?

**Roemello Burros (03:00):**
Shit man. What you got going on?

**Matthew Burros (03:02):**
Huh?

**Roemello Burros (03:04):**
Whatchyou got going on?

**Matthew Burros (03:05):**
Nothing relaxing. Oh, just chilling. Relaxing.

**Roemello Burros (03:15):**
Right on.

**Matthew Burros (03:15):**
Mm-hmm <affirmative>.

**Roemello Burros (03:24):**
Sup?

**Matthew Burros (03:24):**
That's uh, just sitting in my room watching tv. Thinking about the coming week. What I gotta do, go clean my pick tomorrow and uh, go buy some wood and stack it on my pick, do everything.

**Roemello Burros (03:46):**
Yeah. That's what's up.

**Matthew Burros (03:52):**
That's about it.

**Roemello Burros (04:01):**
Say what?

**Matthew Burros (04:02):**
I said what did make your cousin mad?

**Roemello Burros (04:03):**
Oh. I went to my lawyer. I waiting on girl to do what she gotta do. So my lawyer go to the judge.

**Matthew Burros (04:13):**
Mm-hmm.

**Roemello Burros (04:14):**
Set me the bond hearing.

**Matthew Burros (04:16):**
Yeah.

**Roemello Burros (04:18):**
Yeah. So she gonna get, get started on that.

**Matthew Burros (04:25):**
Cool.

**Roemello Burros (04:30):**
Yeah. So we, we should know before Easter.

**Matthew Burros (04:39):**
When's Easter?

**Roemello Burros (04:39):**
April 4th, <unintelligible> birthday.

**Matthew Burros (04:55):**
Oh ok.

**Roemello Burros (04:55):**
Yup. Baby's birthday on Easter Sunday.

**Matthew Burros (04:55):**
You said what?

**Roemello Burros (04:57):**
I said the baby birthday on Easter Sunday.

**Matthew Burros (05:01):**
Alright. That's what's up! She in town. She's in town.

**Roemello Burros (05:08):**
Yeah.

**Matthew Burros (05:08):**
At the hospital medical center. I gotta just waiting on the girl to lemme know what they going to do. Trying to plan the next treatments or whatever the case they did. She said they supposed to be doing the bone marrow transplant sometime. So I gotta see what's, what's gonna happen and what's gonna go on. And then, uh, like I told her I'm, I want to see her, you know, so she said she gonna let me know what the visitation schedule is gonna be like and everything like that.

**Roemello Burros (05:39):**
Yeah.

**Matthew Burros (05:47):**

So, shoot. Other than that, man, I ain't doing nothing. Just chilling. Oh. Taquale came by earlier for a hot second, CGP.

**Roemello Burros (06:10):**

Yeah.

**Matthew Burros (06:10):**

That's about it. That's about all it's going over man. Trying to see if I'm gonna get up, move around from here today. Probably not, I got a lot to do tomorrow, so I'll probably just chill today. That's some work cleaning that pick.

**Roemello Burros (06:28):**

Yeah.

**Matthew Burros (06:28):**

Yeah. What else going on?

**Roemello Burros (07:03):**

Shoot, nothing. Just waiting, just waiting. If they <unintelligible> the bond hearing, it would take me too long for, she just gonna call ahead and come get me.

**Matthew Burros (07:13):**

Mm-hmm <affirmative>.

**Roemello Burros (07:17):**

I'm gonna need you to call.

**Matthew Burros (07:18):**

I mean, you know. You need what?

**Roemello Burros (07:20):**

Need you to be the main co-sign on it. You ever call Ebony, called her yesterday?

**Matthew Burros (07:25):**

Nah, I didn't, nah, I didn't have a chance to call her yesterday. What was I doing yesterday? I was doing some other stuff, trying to get some insurance. And get my car registered and then it was started pouring down, raining and carrying on. But she already got all my information so if

**Roemello Burros (07:43):**

So,

**Matthew Burros (07:43):**

This let me finish, if she go down there and whatever the case may be, she already got my information and that's fine. I'll go sign the paperwork, but I'm not gonna be calling to check every day now if you gonna get the bond hearing and then we'll see what goes on from there. When, if old girl decide not to wait, whenever she decides to go do whatever she gonna do, then she needs to let me know and I'll meet her down there to do what I need to do and we're not gonna go back and forth again.

**Roemello Burros (08:12):**
I was just wondering if, uh, they'll just take eight.

**Matthew Burros (08:17):**
I dunno. I'm pretty sure they, I, I don't know. Hmm? You, I don't understand how you figure like eight is enough. It was a hundred and something thousand. What? How do you figure eight is enough?

**Roemello Burros (08:35):**
Because she said 10.

**Matthew Burros (08:37):**
Okay, so, so she for what case though? How many you got?

**Roemello Burros (08:44):**
You said what?

**Matthew Burros (08:45):**
How many, how what, what case do you have? Is 10 for what?

**Roemello Burros (08:51):**
For everything. But she old girl been making payments making payment, so she had ended up paying off some of the, you know, paying off the larger stuff.

**Matthew Burros (09:00):**
Mm-hmm <affirmative>.

**Roemello Burros (09:03):**
Yeah. So I'm trying to figure it out. How much more, ya know.

**Matthew Burros (09:12):**
mm-hmm <affirmative>.

**Roemello Burros (09:15):**
For them to be able to come get me.

**Matthew Burros ([09:17](#)):**

You said what?

**Roemello Burros ([09:18](#)):**

For em to come get me. I know the last time I talked to uh, Ebony, she told me 10

**Matthew Burros ([09:23](#)):**

mm-hmm <affirmative>.

**Roemello Burros ([09:25](#)):**

Yeah, they got 10. So,

**Matthew Burros ([09:31](#)):**

Well I sent her a message. I she don't never answer the phone, no way because I, I still got her number. I sent her a text and asked, you know, see, see what they talking about because I last, you know, the last time we doing all this and I was dealing with them, they, they piss me off and I ain't, I ain't got time to be playing with them. I don't know what they up to, what they be doing. I just ain't got time to be playing with pokes down there. But I send her a text and find out what she's talking about.

**Roemello Burros ([10:03](#)):**

Yeah

**Matthew Burros ([10:03](#)):**

Because she be, you know, last time she was like, well you know, oh girl said this, this girl said that and mama said this, that and other. I was like, that's why too much. But I, I'll find out ain't no biggie, I'll find out what's going on.

**Roemello Burros ([10:39](#)):**

Yeah. Let's see if I need to get, uh, everybody uh, check stub and everybody, the information updated. Or if it cool.

**Matthew Burros ([10:51](#)):**

What I mean, if you need to do all that again, is everybody willing to do all that again?

**Roemello Burros ([10:57](#)):**

Yeah. Hell yeah.

**Matthew Burros ([10:59](#)):**

I'm just saying. No, I'm, I'm I'm just asking you a question because once again, uh, you know I'm just saying. Because old girl was did BS last time. That's what everybody else was saying. We already did all this. We already did all this kind took, she lost it all. How do you lose it all it

putting a uh, uh, it putting a it, putting a file or you put it in there then? Nah, ain't gonna lose or nothing.

**Roemello Burros (11:35):**
One of the employees stole my phone, somebody. Yeah. I need to know if she need everybody's stuff updated so she go get started on getting everybody's stuff updated now. It might take her a week or two to get in touch with everybody and get it, meet up with everybody you know.

**Matthew Burros (12:08):**
Mm-hmm <affirmative>

**Roemello Burros (12:12):**
I should be outta here before April 4th.

**Matthew Burros (12:18):**
Alright.

**Roemello Burros (12:18):**
Yeah,

**Matthew Burros (12:18):**
Yeah, I heard you.

**Roemello Burros (12:20):**
Trying get up outta before April 4th. Yeah.

**Matthew Burros (13:02):**
You shit already here this month is already here. That's crazy.

**Roemello Burros (13:28):**
Yeah, I'm ready to get up outta here.

**Matthew Burros (13:28):**
Yeah, on a Sunday.

**Roemello Burros (13:28):**
Today's the 23rd?

**Matthew Burros (13:28):**
Yeah.

**Roemello Burros (14:14):**

Yeah.

**Matthew Burros (14:14):**

What else is good? What they been feeding y'all up in there?

**Roemello Burros (14:17):**

Huh?

**Matthew Burros (14:19):**

I said what they feeding y'all up in there?

**Roemello Burros (14:22):**

Lots of BS. Been making my own little thing. Oh girl, she keep me fed.

**Matthew Burros (14:30):**

Mmhmm.

**Roemello Burros (14:30):**

Beef, sausage, cheese, beans, rice, chips. I've been drinking cola, Hawaiian punch, cool-aid. <unintelligible> Still in good shape.

**Matthew Burros (15:17):**

Say what now?

**Roemello Burros (15:18):**

Other than my stomach, I'm still in good shape.

**Matthew Burros (15:23):**

Yeah.

**Roemello Burros (15:26):**

Tired of eating the same thing, I only got a week or two. I still have all the rest of this money. Uh, probably get like two, two <unintelligible>, go ahead and shoot, just tell em, come get rich.

**Matthew Burros (15:50):**

Mm-hmm <affirmative>.

**Roemello Burros (15:54):**

We waiting to decide if Ima pay all the, know what I'm saying? We trying to see if we can get it lower first. That's what we waiting on, the bond hearing.

**Matthew Burros (16:04):**

Right.

**Roemello Burros (16:06):**
See if lawyer right for the thing, <unintelligible> or whatever. You gonna come on. Come, come get me. So I'm out the door either way. Just being patient, waiting for this bond hearing.

**Matthew Burros (16:18):**
Mm-hmm <affirmative>.

**Roemello Burros (16:22):**
Yeah. Yup. So I'm, I'm 'bout ready to come home now. Just wait.

**Matthew Burros (16:31):**
Mm-hmm <affirmative>.

**Roemello Burros (16:49):**
<unintelligible>

**Matthew Burros (16:49):**
You say what?

**Roemello Burros (16:56):**
Hope I didn't miss anything. Yeah, <unintelligible> Whatcha cook?

**Matthew Burros (17:14):**
Chicken mashed potatoes.

**Roemello Burros (17:39):**
Sounds good.

**Matthew Burros (17:39):**
<unintelligible>

**Roemello Burros (17:39):**
You what? You said what?

**Matthew Burros (17:41):**
Said what going on, whats that inmate going off about?

**Roemello Burros (17:44):**
You said what?

**Matthew Burros (17:46):**
I said what they in there going off about?

**Roemello Burros (17:50):**
Screaming, arguing on the phone.

**Matthew Burros (17:51):**
Oh.

**Roemello Burros (17:51):**
Yeah. Yeah. They just put like a quarantine man, dude, about a dude in here who had the virus.

**Matthew Burros (18:39):**
Hmm.

**Roemello Burros (18:39):**
It's not the first time they did this to us. It's crazy. I don't, I already filed a lawsuit. It's not the first time they did that and they do it with my cell mate. Was right on top, had the virus. Yeah man, I'm for the whole lawsuit already.

**Matthew Burros (19:05):**
What kind of lawsuit?

**Roemello Burros (19:09):**
Trying to go to Texas Law for whoever somebody I lost it on Harris County the first time they did that, the first time they doing this dude they dying from the virus. I know I already done caught it but you can catch it again. It ain't ain't something your body get immune to. You catch it over and over and over and over. I ain't seen that on the news.

**Matthew Burros (19:35):**
Well that, I ain't seen that on news. My doctor said once you catch it one time you really can't catch it again.

**Roemello Burros (19:43):**
Honestly on the news somebody had it about six times, eight times. Eight times they die. First time they die. Then there's different variants out there.

**Matthew Burros (20:10):**
Say what?

**Roemello Burros (20:11):**
They got different strands out there. Different strands of the virus.

**Matthew Burros (20:15):**
I ain't never heard of that.

**Roemello Burros (20:17):**
Yo. I got the news too. Got a UK strand, African Strand got all the new kind of out there. Look it up. Right here in Texas. Yo, that's just, it's crazy. M fucking stay home.

**Matthew Burros (21:01):**
Mm-hmm.

**Roemello Burros (21:10):**
<unintelligible> That's about it.

**Matthew Burros (21:27):**
Alright. Well I'm gonna hit these people up and see what they're talking about. Whatever came from be, uh the hell.

**Roemello Burros (21:34):**
Alright. Don't, don't be good to tell her, tell old girl that uh, she, if Ebony need everybody's stuff updated so she can go ahead and get everybody's stuff updated. If I call everybody, get everybody information updated.

**Matthew Burros (21:49):**
Mm-hmm <affirmative>.

**Roemello Burros (21:50):**
About a week with everybody and know five times, you know, people get that information so

**Matthew Burros (21:59):**
Alright.

**Roemello Burros (21:59):**
I'm ready to go home.

**Matthew Burros (22:01):**
Alright.

**Roemello Burros (22:03):**
Alright. Appreciate you.

**Matthew Burros (22:06):**
Alright, talk to you later.

**Roemello Burros ([22:10](#)):**
Alright, bye.