UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | Criminal No. 24-cr-371-S |
| | § | |
| KAMAIGA GHOLAR (18) | § | |
| JAVEON FIELDS (20) | § | |
| JAMES BATESON (48) | § | |
| KATHERINE O'BRIEN (52) | § | |

**UNITED STATES' FIRST AMENDED EXHIBIT LIST**

| NO. | DESCRIPTION | OFF'D | OBJ | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| | **General** | | | | |
| 1 | AABLE enrollment/licensing form | | | | |
| 2 | AABLE contract with FCS | | | | |
| | | | | | |
| | **Bail Bond No. 2 – Nicholas Yoder** | | | | |
| 3 | Nicholas Yoder bond details | | | | |
| 4 | Jail Call (10-1-21) – Nicholas Yoder and Mary Brown | | | | |
| 4a | Transcript – Jail Call (10-1-21) – Nicholas Yoder and Mary Brown | | | | |
| 5 | Jail Call (10-2-21) – Nicholas Yoder and Kamaiga Gholar | | | | |
| 5a | Transcript – Jail Call (10-2-21) – Nicholas Yoder and Kamaiga Gholar | | | | |
| 6 | Jail Call (12-9-21) – Nicholas Yoder and Kamaiga Gholar | | | | |
| 6a | Transcript – Jail Call (12-9-21) – Nicholas Yoder and Kamaiga Gholar | | | | |
| 7 | Jail Call (12-11-21) – Nicholas Yoder and Kamaiga Gholar | | | | |

| NO. | DESCRIPTION | OFF'D | OBJ | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 7a | Transcript – Jail Call (12-11-21) – Nicholas Yoder and Kamaiga Gholar | | | | |
| 8 | Jail Call (10-8-21) – Nicholas Yoder and Javeon Fields | | | | |
| 8a | Transcript – Jail Call (10-8-21) – Nicholas Yoder and Javeon Fields | | | | |
| 9 | Jail Call (11-9-21) – Nicholas Yoder, Javeon Fields, Mary Brown, and Christal Lopez | | | | |
| 9a | Transcript – Jail Call (11-9-21) – Nicholas Yoder, Javeon Fields, Mary Brown, and Christal Lopez | | | | |
| 10 | Jail Call (12-10-21) – Nicholas Yoder, Kamaiga Gholar, and Javeon Fields | | | | |
| 10a | Transcript – Jail Call (12-10-21) – Nicholas Yoder, Kamaiga Gholar, and Javeon Fields | | | | |
| 11 | Jail Call (12-10-21) – Nicholas Yoder and Javeon Fields | | | | |
| 11a | Transcript – Jail Call (12-10-21) – Nicholas Yoder and Javeon Fields | | | | |
| 12 | Jail Call (12-10-21) – Nicholas Yoder and Deleon Borders | | | | |
| 12a | Transcript (12-10-21) – Nicholas Yoder and Deleon Borders | | | | |
| 13 | Jail Call (12-12-21) – Nicholas Yoder and Deleon Borders | | | | |
| 13a | Transcript – Jail Call (12-12-21) – Nicholas Yoder and Deleon Borders | | | | |
| 14 | Jail Call (12-12-21) – Nicholas Yoder and Deleon Borders | | | | |
| 14a | Transcript – Jail Call (12-12-21) – Nicholas Yoder and Deleon Borders | | | | |
| 15 | Jail Call (12-12-21) – Nicholas Yoder and Deleon Borders | | | | |
| 15a | Transcript – Jail Call (12-12-21) – Nicholas Yoder and Deleon Borders | | | | |
| 16 | Co-signer application – Deleon Borders | | | | |

| NO. | DESCRIPTION | OFF'D | OBJ | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 17 | Co-signer check stub – Deleon Borders (Turner Construction Co) | | | | |
| 18 | Co-signer check stub – Deleon Borders (Turner Construction Co) | | | | |
| 19 | Co-signer application – Pamela Yoder | | | | |
| 20 | Co-signer check stub – Pamela Yoder | | | | |
| 21 | Co-signer check stub – Pamela Yoder | | | | |
| 22 | Email and attachment of check stubs (12-1-21) from weassistworkforce@gmail.com (Co-Defendant Jeanine Victor's email) to Kgholar1.kg@gmail.com (Gholar's email) | | | | |
| 23 | Email and attachment (12-14-21) from Gholar to AABLE (Deleon Borders co-signer application) | | | | |
| 24 | Email and attachment (12-14-21) from Gholar to AABLE (Pamela Yoder co-signer application) | | | | |
| 25 | Email and attachment (12-16-21) from Gholar to AABLE (Pamela Yoder co-signer application) | | | | |
| 26 | Email and attachment (12-16-21) from Gholar to AABLE (Pamela Yoder co-signer application) | | | | |
| 27 | Email and attachment (12-16-21) from Gholar to AABLE (Borders co-signer application) | | | | |
| 28 | Email and attachment (12-16-21) from Gholar to AABLE (Pamela Yoder co-signer application) | | | | |
| 29 | Email and attachment (12-17-21) from Gholar to AABLE (Pamela Yoder handwritten co-signer application) | | | | |
| 30 | Email and attachment (12-17-21) from Gholar to AABLE (Borders handwritten co-signer application) | | | | |
| 31 | Email and attachment (12-17-21) from Gholar to AABLE (Pamela Yoder handwritten co-signer application) | | | | |
| 32 | Email and attachment (12-19-21) from Gholar to AABLE (Pamela Yoder check stub) | | | | |
| 33 | Email and attachment (12-19-21) from Gholar to AABLE (Borders check stub) | | | | |

| NO. | DESCRIPTION | OFF'D | OBJ | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 34 | Email and attachment (12-19-21) from Gholar to AABLE (Pamela Yoder contract documents) | | | | |
| 35 | Email and attachment (12-19-21) from Gholar to AABLE (Deleon Borders contract documents) | | | | |
| 36 | Email (12-20-21) from Gholar to AABLE (Deleon Borders and Pamela Yoder DL photos) | | | | |
| 37 | CashApp payment (12/1/21 – Gholar to Victor) | | | | |
| 38 | Guardian Angel Home Healthcare record (Pamela Yoder) | | | | |
| 39 | AABLE application packet (Nicholas Yoder) | | | | |
| 40 | Bond Pro submission (Nicholas Yoder bond) | | | | |
| 41 | Wire transmission chart (Nicholas Yoder bond) | | | | |
| 42 | Bail Bond form – Nicholas Yoder bond | | | | |
| 43 | Recorded Interview - Kamaiga Gholar | | | | |
| 44 | Omitted | | | | |
| 45 | Omitted | | | | |
| 45a | Omitted | | | | |
| 46 | Omitted | | | | |
| 46a | Omitted | | | | |
| 47 | Omitted | | | | |
| 47a | Omitted | | | | |
| 48 | Omitted | | | | |
| 48a | Omitted | | | | |
| 49 | Omitted | | | | |
| 49a | Omitted | | | | |
| 50 | Omitted | | | | |
| 50a | Omitted | | | | |
| 51 | Omitted | | | | |
| 52 | Omitted | | | | |
| 53 | Omitted | | | | |
| 54 | Omitted | | | | |
| 55 | Omitted | | | | |
| 56 | Omitted | | | | |
| 57 | Omitted | | | | |

| NO. | DESCRIPTION | OFF'D | OBJ | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 58 | Omitted | | | | |
| 59 | Omitted | | | | |
| 60 | Omitted | | | | |
| 61 | Omitted | | | | |
| 62 | Omitted | | | | |
| 63 | Omitted | | | | |
| 64 | Omitted | | | | |
| 65 | Omitted | | | | |
| | **Bail Bond No. 10 – James Palladina** | | | | |
| 66 | James Palladina bond details | | | | |
| 67 | Jail Call (4-12-21) – James Palladina and Ana Mejia | | | | |
| 67a | Transcript – Jail Call (4-12-21) – James Palladina and Ana Mejia | | | | |
| 68 | Jail Call (4-12-21) – James Palladina and Ana Mejia | | | | |
| 68a | Transcript – Jail Call (4-12-21) – James Palladina and Ana Mejia | | | | |
| 69 | Jail Call (4-12-21) – James Palladina, Ana Mejia, and Amir Khan | | | | |
| 69a | Transcript – Jail Call (4-12-21) – James Palladina, Ana Mejia, and Amir Khan | | | | |
| 70 | Jail Call (4-13-21) – James Palladina, Ana Mejia, and Amir Khan | | | | |
| 70a | Transcript – Jail Call (4-13-21) – James Palladina, Ana Mejia, and Amir Khan | | | | |
| 71 | Jail Call (4-13-21) – James Palladina, Ana Mejia, and Amir Khan | | | | |
| 71a | Transcript – Jail Call (4-13-21) – James Palladina, Ana Mejia, and Amir Khan | | | | |
| 72 | Jail Call (4-25-21) – James Palladina and Amir Khan | | | | |
| 72a | Transcript – Jail Call (4-25-21) – James Palladina and Amir Khan | | | | |
| 73 | Jail Call (5-6-21) – James Palladina and Amir Khan | | | | |
| 73a | Transcript – Jail Call (5-6-21) – James Palladina and | | | | |

| NO. | DESCRIPTION | OFF'D | OBJ | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
|  | Amir Khan |  |  |  |  |
| 74 | Co-signer application – James Bateson |  |  |  |  |
| 75 | Co-signer check stub – James Bateson (FAB & J Mobile Cell Repair) |  |  |  |  |
| 76 | Co-signer check stub – James Bateson (FAB & J Mobile Cell Repair) |  |  |  |  |
| 77 | Photo – AABLE Bail Bonds (James Bateson) |  |  |  |  |
| 78 | Omitted |  |  |  |  |
| 79 | AABLE application packet (James Palladina) |  |  |  |  |
| 80 | Bond Pro submission (James Palladina bond) |  |  |  |  |
| 81 | Wire transmissions chart (James Palladina bond) |  |  |  |  |
| 82 | Bail Bond form – James Palladina bond |  |  |  |  |
|  |  |  |  |  |  |
|  | **Bail Bond No. 11 – Roemello Burros** |  |  |  |  |
| 83 | Roemello Burros bond details |  |  |  |  |
| 84 | Jail Call (11-12-20) – Roemello Burros and Katherine O'Brien |  |  |  |  |
| 84a | Transcript – Jail Call (11-12-20) – Roemello Burros and Katherine O'Brien |  |  |  |  |
| 85 | Jail Call (3-27-21) – Roemello Burros and Katherine O'Brien |  |  |  |  |
| 85a | Transcript – Jail Call (3-27-21) – Roemello Burros and Katherine O'Brien |  |  |  |  |
| 86 | Jail Call (4-13-21) – Roemello Burros and Katherine O'Brien |  |  |  |  |
| 86a | Transcript – Jail Call (4-13-21) – Roemello Burros and Katherine O'Brien |  |  |  |  |
| 87 | Jail Call (4-21-21) – Roemello Burros and Katherine O'Brien |  |  |  |  |
| 87a | Transcript – Jail Call (4-21-21) – Roemello Burros and Katherine O'Brien |  |  |  |  |
| 88 | Jail Call (4-21-21) – Roemello Burros and Katherine O'Brien |  |  |  |  |
| 88a | Transcript – Jail Call (4-21-21) – Roemello Burros |  |  |  |  |

| NO. | DESCRIPTION | OFF'D | OBJ | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
|  | and Katherine O'Brien |  |  |  |  |
| 89 | Co-signer application – Christopher Colwell |  |  |  |  |
| 90 | Co-signer application – Kristopher Thomas |  |  |  |  |
| 91 | Co-signer application – Brittney McClellan |  |  |  |  |
| 92 | Co-signer application – Kathleen O'Brien |  |  |  |  |
| 93 | Co-signer check stub – Christopher Colwell (Baker Ripley) |  |  |  |  |
| 94 | Co-signer check stub – Kristopher Thomas (Baker Ripley) |  |  |  |  |
| 95 | Co-signer check stub – Brittney McClellan (Baker Ripley) |  |  |  |  |
| 96 | Co-signer check stub – Kathleen O'Brien (Hill Country Memorial) |  |  |  |  |
| 97 | Baker Ripley record (Christopher Colwell, Kristopher Thomas, Brittney McClellan) |  |  |  |  |
| 98 | On Purpose Record (Christopher Colwell, Kristopher Thomas, Brittney McClellan) |  |  |  |  |
| 99 | Hill Country Memorial record (Roemello Burros) |  |  |  |  |
| 100 | AABLE application packet (Roemello Burros) |  |  |  |  |
| 101 | Bond Pro submission (Roemello Burros bond) |  |  |  |  |
| 102 | Wire transmissions chart (Roemello Burros bond) |  |  |  |  |
| 103 | Bail Bond form – Roemello Burros bond |  |  |  |  |
| 104 | Co-signer application – Katherine O'Brien |  |  |  |  |
| 105 | Recorded Interview – Katherine O'Brien |  |  |  |  |

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

s/ *Michael E. Day*
Michael E. Day
Assistant United States Attorney
SDTX: 1759502
SBN: 24080665

7

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **UNITED STATES' FIRST AMENDED EXHIBIT LIST** was filed with the District Clerk's Office and copies were mailed, faxed, e-mailed via ECF notification, or hand-delivered on the 19th day of September 2025, to counsel of record for the Defendants.

s/ *Michael E. Day*
Michael E. Day
Assistant United States Attorney