UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                 Case No. 4:24CR371

MARY BROWN, et al

**UNOPPOSED JOINT
MOTION TO CONTINUE
JURY SELECTION AND TRIAL**

COMES NOW, OSCAR WATTELL, defendant, and moves this Court to continue the jury trial of all remaining defendants and to enter a new scheduling order. In support of this motion, Mr. Wattell submits the following:

1) Jury selection and Trial are set for November 10, 2025.

2) Three co-defendants went to trial before the Court, and the verdict was returned on October 15, 2025. Transcripts of the 5-day Bench Trial have been ordered. Additional time to review the Court's findings of fact, along with the trial transcripts, could inform the resolution of the remaining defendants.

3) Approximately twenty of the fifty-three defendants are still pending trial. The majority of the remaining defendants have court-appointed counsel. Access to experts, investigators, and other court-funded trial preparations is limited.

4) On October 17, 2025, all parties were notified of the Federal Judiciary Limited Operations Beginning October 20, 2025. It is yet to be seen how the Limited

1

Operations will affect the courts and the trials. Access to experts, investigators, witness fees, and other court-funded trial preparations is likely to be limited.

5) On October 17, 2025, undersigned counsel canvased the remaining defendants pending trial. As of filing, the majority have joined and/or are unopposed to the continuance. There have not been any defendants to voice an objection to this Motion to Continue.

6) The government is unopposed to this motion.

7) Additional time will be beneficial to both the government and the defendants.

This motion is being made not for simple delay; rather, so the ends of justice will be served, and such continuance outweighs the best interests of the public and the defendant in a speedy trial.

WHEREFORE, PREMISES CONSIDERED, it is requested that the Jury Selection and Trial be reset 120 days from the current settings and request a new scheduling order.

Respectfully,

Foreman, DeGeurin & DeGeurin

*/s/ Michael DeGeurin, Jr*
George Michael DeGeurin, Jr
Federal Bar No. 23288
Foreman DeGeurin et al.
300 Main St, 3rd Floor

2

>Houston, TX 77002
>713-655-9000: Telephone.
>713-655-1812: Facsimile
>m2degeurin@fddlaw.net
>ATTORNEY FOR MR. WATTELL

## CERTIFICATE OF SERVICE

A copy of the foregoing motion is to be delivered to counsel for all parties to this proceeding by electronic/ECF delivery on October 19, 2025.

>*/s/ Michael DeGeurin Jr.*
>Michael DeGeurin Jr.

## CERTIFICATE OF CONFERENCE

On October 19, 2025, I conferred with the Assistant United States Attorney Michael Day, and he is unopposed to this Motion to Continue.

>*/s/ Michael DeGeurin Jr.*
>Michael DeGeurin Jr.

3