UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT

HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * * | |
| **vs.** | * * | NO. 4:24-CR-00371-011 |
| **WATSON, Donte** | * * | |

## Unopposed Motion to Continue Hearing

Defendant, Mr. Donte WATSON, moves this Honorable Court to Continue Hearing concerning Sealed Event (ECF No. 1339) until November 4, 2025, or a later date convenient for the Court, Counsel for the Government, and undersigned. In support of this Motion, Defendant states:

1. On 16 July 2024, a Grand Jury indicted Defendant with the charge of Conspiracy to Commit Wire Fraud per 18 United States Code, §§ 1349 and 1343, and Wire Fraud per 18 United States Code §§ 1343 and 2(a). ECF No. 1.

2. On August 14, 2025, the Court released Defendant on a $50,000 unsecured bond.

3. On September 22, 2025, Defendant filed Sealed Event (the subject of the Hearing). ECF No. 1339.

4. On October 21, 2025, the Court set a hearing regarding this Sealed Event for October 29, 2025.

5. Counsel for Defendant has a conflict. He is presently scheduled at that time to be in trial in Liberty County, Texas, (*STOT v. Henry Gates*, LC 23DC-CR-00355).

6. Considering the above, Mr. Watson moves the Court to continue the Hearing to November 4, 2025, or a later date convenient to the Court, the Government, and Counsel for Defendant.

7. On October 22, 2025, Defendant's Counsel, Paul Morgan, communicated with Michael Day, Assistant United States Attorney assigned to the case, concerning this Motion.

8. On October 22, 2025, Michael Day stated that the Government is unopposed to this Motion.

RESPECTFULLY SUBMITTED on October 23, 2025.

/s/ *Paul Matthew Morgan*
Attorney for Defendant Donte WATSON
State Bar No. 24077192
1523 Yale St.
Houston, TX 77008
(Phone) 281 346-4351
(Fax) 713 581-3360
Email: paul@themorganlawfirm.com

DECLARATION OF PAUL MORGAN

I declare under the penalty of perjury that the foregoing is true and correct.

/s/ *Paul Matthew Morgan*

**CERTIFICATE OF CONFERENCE**

I do hereby certify that on October 22, 2025, Paul Morgan communicated with the attorney representing the Government, Michel Day. Said attorney does not oppose this motion.

**CERTIFICATE OF SERVICE**

I do hereby certify that on this October 23, 2025, I electronically filed the above motion with Clerk of the Court for the United States District Court, Southern District of Texas, using the electronic case filing system of the Court, and I sent the same via e-mail to the attorney representing the Government at the following address:

Michael Day
U.S. Attorney's Office
1000 Louisiana Street
Ste 2300
Houston, TX 77002
956-638-5512
Email: michael.day@usdoj.gov

Copy is also emailed to Probation Officer:
Brandy Bell
Brandy_Bell@txsp.uscourts.gov

/s/ *PAUL MATTHEW MORGAN*
Counsel of Record for Defendant Mr. Donte WATSON