## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                          Case Number: 4:24–cr–00371

Mary Brown

---

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Mary Brown as set forth below.**

**Before the Honorable Peter Bray**

**PLACE:**
Courtroom 703
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 12/10/2025

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Initial Appearance/Revocation

---

Date: December 3, 2025                                    Nathan Ochsner, Clerk