United States District Court
Southern District of Texas
**ENTERED**
December 10, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| v. | § | Case No. H-24-CR-371 (1) |
| | § | |
| Mary Brown, | § | |

## ORDER

On December 10, 2025, the court held an initial appearance on the pretrial release violation, ECF No. 1653. At the hearing, the court added the following conditions to the Defendant's Conditions of release.

- Defendant is to cease all communications, written or oral, with the victim listed in ECF No. 1653.
- Defendant is forbidden from coming within 500 feet of the victim.

Signed at Houston, Texas, on December 10, 2025.

_____
Peter Bray
United States Magistrate Judge