UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | Case No. 24-cr-371-02 |
| § | |
| OSCAR WATTELL § | |

### MOTION TO MODIFY TRAVEL CONDITONS OF RELEASE

COMES NOW, OSCAR WATTELL, the Defendant by and through his attorney of record, Michael DeGeurin, and files this Motion to Modify Conditions of Release to allow Mr. Wattell to travel to visit family within the United States upon the prior notice and permission of the United States Probation Department. In support thereof, Defendant states as follows:

Since his release, Mr. Wattell has fully complied with all conditions of release and has made every court appearance required by the Court. In addition, he has met with the United States Probation Officer as directed and maintains lawful employment. Defendant Oscar Wattell seeks authorization to travel within the United States to visit his grandmother who lives in Louisiana and various family members who live in other states. By allowing the United States Probation Department to grant Mr. Wattell permission to travel it alleviates the Courts burden of considering each and every travel request as that opportunity arises. Mr. Wattell will submit all requested travel information to the United States Probation Department for approval.

WHEREFORE PREMISES CONSIDERED, it is requested that the Conditions of Release be modified to show that Mr. Wattell is allowed to travel within the United States with approval of the United States Probation Department.

Respectfully Submitted,

Foreman DeGeurin & DeGeurin

*/s/ Michael DeGeurin*
Michael DeGeurin
Federal Bar No. 23288
300 Main St. 3rd Floor
Houston, Texas 77002
Telephone No. (713) 655-9000
Facsimile No. (713) 655-1812
ATTORNEY FOR MR. WATTELL

CERTIFICATE OF CONFERENCE

Defense counsel has conferred with the government, Assistant U.S. Attorney, Michael Day, and he is unopposed.

*/s/ Michael DeGeurin*
Michael DeGeurin

CERTIFICATE OF SERVICE

On the day of filing a true and correct copy of this filing was furnished to Assistant U.S. Attorney Michael Day and to United States Probation.

*/s/ Michael DeGeurin*
Michael DeGeurin