IN THE UNITED STAES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § | 4:24-CR-371 |
| | § | |
| KAMAIGA GHOLAR | § § § | |

## NOTICE OF APPEAL

Defendant Kamaiga Gholar through her court-appointed counsel gives notice of appeal to the United States Court of Appeals for the Fifth Circuit from the judgment and sentence announced in open court today, January 7, 2026.

                    Respectfully submitted,

                    /S/ *Tom Berg*
                    Tom Berg
                    State Bar No. 02189200
                    4306 Yoakum Blvd., Suite 240
                    Houston, Texas 77006
                    Tel: (713) 502-9596
                    tom@mgblawyers.com
                    COUNSEL FOR MS. GHOLAR

## CERTIFICATE OF SERVICE

I hereby certify that all parties to be served have been served via electronic case filing (ECF) this 7th day of January 2026.

                    /S/Tom Berg_____Tom Berg