United States District Court
Southern District of Texas
**ENTERED**
February 02, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § § | |
| VS. § | CRIMINAL ACTION NO. H-24-371-53 |
| § § § | |
| SHEBA MUHARIB. § | |

### ORDER

Sheba Muharib moved to sever based on prejudicial joinder with defendants charged with different offenses. (Docket Entry No. 1916). The government is unopposed. Muharib's motion to sever is granted.

SIGNED on February 2, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge