**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CASE NO: 4:24-CR-00371** |
| | § | |
| **MARY BROWN ET AL** | § | |
| **Defendant.** | § | |

<u>**UNITED STATES' NOTICE FOR TERMINATION OF COUNSEL**</u>

COMES NOW, the United States of America, by and through Nicholas J. Ganjei, United States Attorney, and the undersigned Assistant United States Attorney for the Southern District of Texas and hereby notifies this Honorable Court that the above-captioned case has been transferred from AUSA Anthony R. Franklyn as attorney of record for the United States in this matter. AUSAs Michael Day and Stephanie Bauman will remain as lead counsels for the United States.

Respectfully submitted,

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY


*Anthony Franklyn*
Anthony R. Franklyn
Assistant United States Attorney
1000 Louisiana St. Ste. 2300
Houston, Texas 77002
(713) 567-9000