**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **v.** | § § § | **Criminal No.: 24-cr-371-53** |
| **SHEBA MUHARIB** | § § | |

## UNITED STATES' UNOPPOSED MOTION TO RESET JURY TRIAL

COMES NOW, the United States of America ("United States"), by and through undersigned counsel, and respectfully moves to this honorable Court to reset the jury trial in this matter, and in support, states the following:

1.) This case is set for jury trial on July 13, 2026;

2.) Undersigned counsel is scheduled to be out of the country on leave from July 3-17;

3.) Attorney Leira Gracia, counsel of record for the Defendant, has been contacted and is unopposed to a resetting in this matter;

4.) Undersigned counsel does not file this Motion to unduly delay the proceedings;

WHEREFORE, PREMISES CONSIDERED, the United States respectfully requests that the Court grant the United States' motion and reset the jury trial in this matter.

Respectfully submitted,

JOHN G.E. MARCK
Acting United States Attorney

s/ *Michael E. Day*
Michael E. Day
Assistant United States Attorney
SDTX: 1759502
SBN: 24080665

1

## CERTIFICATE OF CONFERENCE

I hereby certify that Leira Gracia, counsel of record for the Defendant, is unopposed to the **UNITED STATES' UNOPPOSED MOTION TO RESET JURY TRIAL**.

Signed this 15th day of April, 2026.

> s/ *Michael E. Day*
> Michael E. Day
> Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **UNITED STATES' UNOPPOSED MOTION TO RESET JURY TRIAL** was filed and copies were mailed, faxed, e-mailed, e-mailed via ECF notification, or hand-delivered on the 15th day of April 2026, to counsel of record for the Defendant.

> s/ *Michael E. Day*
> Michael E. Day
> Assistant United States Attorney