**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. 24-cr-371-53** |
| | § | |
| **SHEBA MUHARIB** | § | |

## GOVERNMENT'S MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through Aaron F. Reitz, United States Attorney, and Michael E. Day, Assistant United States Attorney, for the Southern District of Texas, and respectfully moves under Rule 48(a) of the Rules of Criminal Procedure that the Court dismiss all pending counts against Defendant Sheba Muharib, without prejudice.

The United States submits this motion so that justice may be done, and not for any improper purpose.   The United States has conferred with defense counsel Leira Gracia regarding its decision to seek dismissal of all pending counts against Defendant Sheba Muharib, and she is unopposed.

Respectfully submitted,

AARON F. REITZ
UNITED STATES ATTORNEY

*s/ Michael E. Day*
Michael E. Day
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 567-9378
michael.day@usdoj.gov
Texas Bar No. 24080665
Southern District No. 1759502

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing **GOVERNMENT'S MOTION TO DISMISS** was filed with the District Clerk's Office and copies were mailed, faxed, e-mailed via ECF notification, or hand-delivered on the 22nd day of July, 2026 to counsel of record for the Defendant.

s/ *Michael E. Day*
Michael E. Day
Assistant United States Attorney